| | |
|---|---|
| Name | Tanya Sanerib |
| Bar # | DDC 473506 |
| Firm | Center for Biological Diversity |
| Address | 2400 NW 80th Street, #146 |
| | Seattle, WA 98117 |
| Telephone | (206) 379-7363 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity,

    Plaintiff,

    vs.

U.S. Fish and Wildlife Service et al.,

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of the Center for Biological Diversity in compliance with the provisions of: *(check one)*

[✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __23rd__ day of __June__, __2021__.

s/ Tanya Sanerib
_____
Counsel of Record

Certificate of Service:

Pursuant to Fed. R. Civ. P. 5, I hereby certify that I will cause the foregoing document to be served by certified mail, included with the summons, complaint, and other documents required for service by Fed. R. Civ. P. 4, to the following:

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

Secretary Debra Haaland
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240