Sarah Uhlemann (DC Bar No. 501328)
Tanya Sanerib (DC Bar No. 473506)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
        (206) 379-7363
Email:  suhlemann@biologicaldiversity.org
        tsanerib@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et al.*,<br><br>        Defendants. | Case No. CV-21-251-TUC-RCC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Center for Biological Diversity filed the Complaint in this case on June 23, 2021. Plaintiff alleged one claim, that Defendants failed to make 12-month findings for seven foreign wildlife species, as required by the ESA. 16 U.S.C. § 1533(b); Compl. ¶¶ 119–120, ECF No. 1. On August 9, 2021, Defendants issued 12-month findings for the seven foreign species addressed in the Complaint. 86 Fed. Reg. 43,470 (Aug. 9, 2021). Defendants have not served an answer or a motion for summary judgment in this case.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby provides notice of voluntary dismissal of the above-captioned case without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i), (B).

DATED this 11th day of August, 2021.          Respectfully submitted,

/s/ Sarah Uhlemann
Sarah Uhlemann*
DC Bar No. 501328
Center for Biological Diversity
2400 80th Street NW, #146
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org

Tanya Sanerib*
DC Bar No. 473506
Center for Biological Diversity
2400 80th Street NW, #146
Seattle, WA 98117
(206) 327-2344
tsanerib@biologicaldiversity.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Center for Biological Diversity*